# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. ASH, | :  |
| Plaintiff, | : CIVIL ACTION NO. 3:CV-17-0957 |
| v. | : (Judge Caputo) |
| D.O.C., *et al.*, | : |
| Defendants. | : |

## ORDER

**AND NOW,** this 2nd day of **JANUARY**, 2018, in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Mr. Ash's Amended Complaint (ECF No. 11) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief can be granted.

2. Plaintiff's claims against the Pennsylvania Department of Corrections is **DISMISSED** with prejudice.

3. Within twenty-one (21) days from the date of this Order, Mr. Ash may file a second amended complaint in this action in accordance with the foregoing Memorandum.

4. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Mr. Ash shall use in preparing any second amended complaint he may file.

5. Failure to file a second amended complaint as directed within the required time will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set forth in the accompanying Memorandum.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge