**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM A ASH,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:CV-17-0957 |
| v. | : | (Judge Caputo) |
| **D.O.C.,** *et al.,* | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **23rd** day of **AUGUST, 2018,** upon the Court's screening of Mr. Ash's Second Amended Complaint (ECF No. 18) pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 20, it is **ORDERED** that:

1. The Clerk of Court shall **SEVER** the following Defendants and all claims plead against them in Mr. Ash's Second Amended Complaint from this action: Secretary John Wetzel; SCI-Graterford Superintendent Cynthia Link; John Doe Bus Driver; John Doe SCI-Graterford Correctional Officer (CO); and John Doe SCI-Graterford Medical Provider.

2. The Clerk of Court shall **TRANSFER** the severed Defendants and claims, and a copy of Mr. Ash's Second Amended Complaint (ECF No. 18), to the United States District Court for the Eastern District of Pennsylvania for further consideration.

3. This Court shall maintain jurisdiction over the Eighth Amendment claims asserted against the following SCI-Dallas Defendants: Superintendent Larry Mahally; Medical Director Doctor Prince; and Medical Administrator Lea Martin.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**