# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A ASH,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:CV-17-0957 |
| v. | : | (Judge Caputo) |
| **D.O.C.,** *et al.,* | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this **9th** day of **MAY 2019,** upon consideration of Dr. Prince's Motion to Dismiss the Second Amended Complaint (ECF No. 33), it is hereby **ORDERED** that:

1. Dr. Prince's motion to dismiss (ECF No. 33) is **DENIED.**

2. Dr. Prince is granted twenty-one (21) days from the date of this Order to file an Answer to the Second Amended Complaint.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**