IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. ASH,** | : | |
| Plaintiff, | : | **CIVIL ACTION NO. 3:17-CV-0957** |
| v. | : | **(Judge Caputo)** |
| **D.O.C.,** *et al.,* | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this **28th** day of **JUNE 2019**, upon consideration of Mr. Ash's Second Motion for Appointment of Counsel (ECF No. 44), it is **ORDERED** that the motion is **DENIED** without prejudice.

    /s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**