IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A ASH,** | : | |
| Plaintiff, | : | CIVIL NO. 3:17-CV-0957 |
| v. | : | (Judge Caputo) |
| **D.O.C.,** *et al.,* | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **13th** day of **FEBRUARY 2020**, upon consideration of Mr. Ash's third motion for appointment of counsel (ECF No. 58), it is **ORDERED** that:

1. Mr. Ash's motion (ECF No. 58) is **DENIED** without prejudice.

2. Mr. Ash shall respond to the Defendants' motions for summary judgment by **Monday, April 20, 2020**.

3. Mr. Ash's failure to oppose Defendants' motions for summary judgment will result in the Court deeming the motions unopposed. *See* Fed. R. Civ. P. 56(e).

4. Defendants may file a reply brief within fourteen (14) days of receipt of Mr. Ash's opposition materials.

5. No further briefs may be filed without leave of court.

6. Mr. Ash is reminded of his obligation to inform the Court of his address changes. If the Court is unable to communicate with him due to his failure to provide a current address, the Court will deem Mr. Ash to have abandoned his lawsuit. (ECF No. 5.)

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**